**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:   (818) 532-6449
jpafiti@pomlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRODA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, GREGORY S CLARK, and NICHOLAS R. NOVIELLO,<br><br>Defendants. | No. No. 3:18-cv-03152-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><u>CLASS ACTION</u> |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action, *Broda v. Symantec Corp. et al.*, 3:18-cv-03152-JD, brought before the United States District Court for the Northern District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Samuel Broda hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: August 15, 2018

Respectfully submitted,

**POMERANTZ LLP**

By: *s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
Email: jpafiti@pomlaw.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/Jennifer Pafiti*
                                        Jennifer Pafiti